UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               )   CRIMINAL NO. 04-10376-EFH
                         )
ABOUBACAR SAVANE         )   VIOLATION:
A/K/A SIDIKI SAVANE      )   42 U.S.C. § 408(a)(7)(B)
                         )   Social Security Number Fraud

**INDICTMENT**

**COUNT One: (Title 42, United States Code §408(a)(7)(B) - Social Security Number Fraud)**

The Grand Jury charges that:

On or about August 12, 2003, at Watertown, in the District of Massachusetts,

ABOUBACAR SAVANE,

defendant herein, with intent to deceive, falsely represented a number to be the social security account number assigned by the Commissioner of Social Security to him when in fact such number was not the social security account number assigned to him by the Commissioner of Social Security.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 15, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK   @ 2:55 PM
12/15/04

**Criminal Case Cover Sheet**　　　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____　**Category No.** II　**Investigating Agency** ICE

**City** Watertown　　　　　　　　**Related Case Information:**

**County** Middlesex　　　　　　　Superseding Ind./ Inf. _____　Case No. _____
　　　　　　　　　　　　　　　　　Same Defendant _____　New Defendant _____
　　　　　　　　　　　　　　　　　Magistrate Judge Case Number _____
　　　　　　　　　　　　　　　　　Search Warrant Case Number _____
　　　　　　　　　　　　　　　　　R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name　Aboubacar Savane　　　　　Juvenile　☐ Yes　☒ No

Alias Name　_____

Address　60 Norwell Street, Apt. #2, Dorchester, MA

Birth date (Year only): 63　SSN (last 4 #): ____　Sex M　Race: ____　Nationality: Republic of

Defense Counsel if known: _____　Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA　Christopher F. Bator　　　　Bar Number if applicable _____

Interpreter:　☐ Yes　☒ No　　List language and/or dialect: _____

Matter to be SEALED:　☐ Yes　☒ No

　☒ Warrant Requested　　　☐ Regular Process　　　☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____　☐ Serving Sentence　☐ Awaiting Trial
☐ On Pretrial Release:　Ordered by _____ on _____

Charging Document:　☐ Complaint　☐ Information　☒ Indictment

Total # of Counts:　☐ Petty　☐ Misdemeanor　☒ Felony　1

　　　　　　　　**Continue on Page 2 for Entry of U.S.C. Citations**

☒　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/15/04　　　Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Aboubacar Savane

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 42 U.S.C. §408(a)(7)(B) | Social Security Number Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**