AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ABOUBACAR SAVANE

**WARRANT FOR ARREST**

CASE NUMBER: 04-10376-EFH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ABOUBACAR SAVANE
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| Indictment | Information | Complaint | Order of court | Violation Notice | Probation Violation Petition |

charging him or her with (brief description of offense)

Social Security Fraud

in violation of
Title   42   United States Code, Section(s)   408(a)(7)(B)

Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Boston, MA
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210
Name of Judicial Officer

Bail fixed at $                    by

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER / SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/17/04 |

This form was electronically produced by Elite Federal Forms, Inc.