**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

December 22, 2004

Mr. Thomas Quinn
Courtroom Clerk
United States District Court
1 Courthouse Way
Boston, MA  02210

    Re:  U.S. v. Aboubacar Savane
          <u>Criminal No. 04-10376-EFH</u>

Dear Mr. Quinn:

    This letter is to inform the court that Mr. Savane agrees to voluntary detention and requests that his case be transferred to the district court for a Rule 11 hearing.

                              Sincerely yours,

                              Catherine K. Byrne

CKB:lhd

cc:  AUSA Christopher F. Bator