UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10376-EFH

UNITED STATES OF AMERICA

v.

ABOUBACAR SAVANE
a/k/a SIDIKI SAVANE

## MEMORANDUM AND ORDER OF DETENTION

December 23, 2004

DEIN, M.J.

The defendant is charged in a one count indictment with social security number fraud in violation of 42 U.S.C. § 408(a)(7)(B). An initial appearance was held on December 17, 2004, at which time the defendant was represented by counsel. The government moved for detention under 18 U.S.C. § 3142(f)(2)(A) (risk of flight). A detention hearing was held on December 20, 2004, at which time the defendant was represented by counsel.

At the detention hearing, the government presented its case by way of a proffer, and the defendant proposed conditions of release. The court instructed Pre-trial Services to interview a proposed third-party custodian, and the court took the matter under advisement. While the court was awaiting the additional information, it was notified that the defendant withdrew his objection to detention at this time, and agreed to the entry of a voluntary order of detention, without prejudice to his right to seek release at a later date.

IT IS ACCORDINGLY ORDERED that the defendant be DETAINED pending trial, and it is further Ordered --

(1)     That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

The defendant may seek reconsideration of this order by filing an appropriate motion proposing conditions of release.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge