UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10376-EFH

UNITED STATES OF AMERICA

v.

ABOUBACAR SAVANE
a/k/a SIDIKI SAVANE

**FINAL STATUS REPORT**

January 3, 2005

DEIN, M.J.

The defendant is charged in a one count indictment with social security number fraud in violation of 42 U.S.C. § 408(a)(7)(B). An initial appearance was held on December 17, 2004 and an arraignment and detention hearing was held on December 20, 2004, at which time the issue of detention was taken under advisement pending completion of a release proposal. The defendant was represented by counsel at both hearings.

By letter dated December 22, 2004 (Docket No. 7), the defendant agreed to a voluntary order of detention and requested that the case be transferred to the District Judge for a Rule 11 hearing. Therefore, this court enters the following report and orders, to wit:

1. The defendant intends to enter a plea.

2. Discovery is completed.

3. There are no outstanding discovery issues. The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior order of the court dated December 20, 2004, there are zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.[1]

5. No trial is anticipated.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

---

[1] Additionally, however, the parties having reported that the defendant has indicated an intention to enter a plea of guilty, this court hereby orders the entry of excludable time, pursuant to the provisions of 18 U.S.C. § 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty. See United States v. Mentz, 840 F.2d 315, 330-31 (6th Cir. 1988).