UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10376-EFH |
| | ) | |
| ABOUBACAR SAVANE | ) | |

<u>MOTION FOR RULE 11 HEARING</u>

Defendant, Aboubacar Savane, moves that the court schedule a Rule 11 Hearing as soon as possible, as the defendant may very well be held in custody as a pretrial detainee longer than the ultimate United States Sentencing Guideline range.

         ABOUBACAR SAVANE
         By his attorney,


         /s/ Catherine K. Byrne
         Catherine K. Byrne
           B.B.O. #543838
         Federal Defender Office
         408 Atlantic Avenue, 3rd Floor
         Boston, MA  02110
         Tel: 617-223-8061

Date:  January 25, 2005