UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 FEB 18  P 2:26

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 04-10376-EFH
)
ABOUBACAR SAVANE )
a/k/a SIDIKI SAVANE )

STATEMENT OF RELEVANT FACTS
PURSUANT TO F.R.Cr.P. 32(b)(4)

The United States submits the following statement of relevant facts pursuant to F.R.Cr.P. 32(b)(4).

In connection with an ICE/Postal investigation of money laundering, illegal distribution of counterfeit CDs/DVD's and immigration violations, ICE agents determined that an individual with the true name/date of birth of Aboubacar Savane/8/1/69, ("Savane") a citizen of Guinea, was using the false name and social security number of an American citizen named Sidiki Savane (whose date of birth is March 14, 1998).  More particularly, on August 12, 2003, Savane submitted a license renewal form to the Massachusetts Registry of Motor Vehicles under the false name of Sidiki Savane and using social security number 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 which is assigned and belongs to the real Sidiki Savane.

During a consented-to search of Savane's car on November 1, 2004, ICE agents obtained Savane's Passport from the Republic of Guinea with his picture and reflecting his true name (Aboubacar

Savane) and date of birth (8/1/69). ICE records indicate that Savane is a citizen of Guinea and entered the U.S. as visitor for pleasure on 9/10/93. He is subject to deportation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 2/18/05

CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon U.S. Probation Officer Denise Rivera by hand and Catherine K. Byrne, Esq., Federal Defender Office, 408 Atlantic Avenue, Third Floor, Boston, MA 02110 by first class mail.

_____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 2/18/05